IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF ROBERT E. LEE,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. §1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding | Misc. Case No. 12-80276-RS (JSC)<br><br>ORDER RE: HEARING ON MOTION TO QUASH |

Now pending before the Court is the motion of Khaled Ahmad Shaker Abu-Keshek to quash a section 1782 subpoena requested by Robert E. Lee for a deposition to be used in a Grand Cayman legal proceeding. (Dkt. No. 4.) The parties are ordered to meet and confer by telephone with regard to the motion to quash by 10:00 a.m. on December 14, 2012. If no resolution is reached, then the parties shall appear, in person or by telephone, for a hearing on the motion to quash at 2:30 p.m. on Friday, December 14, 2012. If appearing by telephone, arrangements shall be made with the Clerk. In addition, the parties shall immediately notify the Clerk if a resolution is reached.

//

//

1 **IT IS SO ORDERED.**

2 Dated: December 13, 2012

3 _____
JACQUELINE SCOTT CORLEY
4 UNITED STATES MAGISTRATE JUDGE