1  Stacey L. Gartland (California Bar No. 184694)
   Van Der Hout, Brigagliano & Nightingale, LLP
2  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
3  Telephone:  (415) 981-3000
   Facsimile:  (415) 981-3003
4  Email: ndca@vblaw.com

5  Attorney for Movant Khaled Ahmad Shaker Abu-Keshek

6  Lois O. Rosenbaum (California Bar No. 060824)
   Stoel Rives, LLP
7  900 SW Fifth Avenue, Suite 2600
   Portland, OR  97204
8  Telephone:  (503) 224-3380
   Facsimile:  (503) 220-2480
9  Email:  lorosenbaum@stoel.com

10 Attorneys for Applicant Robert E. Lee

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>ROBERT E. LEE,<br><br>Applicant.<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding | Misc. Case No. 3:12-mc-80276-RS-JSC<br><br>**STIPULATION AND**<br>**[PROPOSED] ORDER**<br><br>Judge:  Hon. Jacqueline Scott Corley<br>Date:  December 14, 2012<br>Time:  2:30 pm |

   Movant Khaled Ahmad Shaker Abu-Keshek ("Abu-Keshek") and Applicant Robert E. Lee

("Lee") have met and conferred regarding Abu-Keshek's Motion to Quash a Subpoena in a Civil

Action ("Motion to Quash").  Abu-Keshek and Lee and their respective counsel have reached an

STIPULATION AND [PROPOSED] ORDER
Case No. 3:12-mc-80276-RS-JSC                                          1

1  agreement regarding the deposition and stipulate to the following terms:

2     1.     Lee's Subpoena to Abu-Keshek to testify at a deposition in a civil action and for the

3             production of documents shall be continued from December 17, 2012 to December

4             26, 2012 beginning at 2:30 pm and, continuing, as necessary, to December 27, 2012

5             beginning at 1:00 pm.

6     2.     Abu-Keshek agrees to promptly notify the Court that he is withdrawing his Motion to

7             Quash.

8     3.     Abu-Keshek agrees to appear and testify on the dates set forth above. The subpoena

9             issued in this matter is continued until December 26, 2012.

10

11  Dated December 14, 2012    VAN DER HOUT, BRIGAGLIANO & NIGHTINGALE, LLP

12

13                                        s/Stacey L. Gartland
                                      Stacey L. Gartland

14                                        Attorneys for Movant Khaled Ahmad Shaker Abu-Keshek

15

16  Dated December 14, 2012    STOEL RIVES, LLP

17

                                      s/Lois O. Rosenbaum

18                                        Lois O. Rosenbaum
                                      Attorneys for Applicant Robert E. Lee

19

20

21  Dated: December 14, 2012                     /s/ Jacqueline S. Corley
                                      Jacqueline Scott Corley

22                                        United States Magistrate Judge

23

STIPULATION AND [PROPOSED] ORDER
Case No. 3:12-mc-80276-RS-JSC                  2