1  Stacey L. Gartland (California Bar No. 184694)
   Van Der Hout, Brigagliano & Nightingale, LLP
2  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
3  Telephone:  (415) 981-3000
   Facsimile:  (415) 981-3003
4  Email: ndca@vblaw.com

5  Attorney for Movant Khaled Ahmad Shaker Abu-Keshek

6  Lois O. Rosenbaum (California Bar No. 060824)
   Stoel Rives, LLP
7  900 SW Fifth Avenue, Suite 2600
   Portland, OR  97204
8  Telephone:  (503) 224-3380
   Facsimile:  (503) 220-2480
9  Email:  lorosenbaum@stoel.com

   Attorneys for Applicant Robert E. Lee
10

11

                    UNITED STATES DISTRICT COURT
12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
13

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>ROBERT E. LEE,<br><br>Applicant.<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding | Misc. Case No. 3:12-mc-80276-RS-JSC<br><br>**STIPULATION AND**<br>**[**~~**PROPOSED**~~**] ORDER**<br><br>Judge:  Hon. Jacqueline Scott Corley<br>Date:  December 14, 2012<br>Time:  2:30 pm |

20

21       Movant Khaled Ahmad Shaker Abu-Keshek ("Abu-Keshek") and Applicant Robert E. Lee

22  ("Lee") have met and conferred regarding Abu-Keshek's Motion to Quash a Subpoena in a Civil

23  Action ("Motion to Quash").  Abu-Keshek and Lee and their respective counsel have reached an

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 3:12-mc-80276-RS-JSC                1

agreement regarding the deposition and stipulate to the following terms:

1. Lee's Subpoena to Abu-Keshek to testify at a deposition in a civil action and for the production of documents shall be continued from December 17, 2012 to December 26, 2012 beginning at 2:30 pm and, continuing, as necessary, to December 27, 2012 beginning at 1:00 pm.

2. Abu-Keshek agrees to promptly notify the Court that he is withdrawing his Motion to Quash.

3. Abu-Keshek agrees to appear and testify on the dates set forth above. The subpoena issued in this matter is continued until December 26, 2012.

Dated December 14, 2012     VAN DER HOUT, BRIGAGLIANO & NIGHTINGALE, LLP


                                  s/Stacey L. Gartland
                                  Stacey L. Gartland
                                  Attorneys for Movant Khaled Ahmad Shaker Abu-Keshek

Dated December 14, 2012     STOEL RIVES, LLP


                                  s/Lois O. Rosenbaum
                                  Lois O. Rosenbaum
                                  Attorneys for Applicant Robert E. Lee


Dated: December 14, 2012

                                  Jacqueline Scott Corley
                                  United States Magistrate Judge